**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DONNA SLAGLEY,**

    **Plaintiff,**

**vs.**                                           **Case No. 4:09cv395-SPM/WCS**

**CAPITAL HEALTHCARE CENTER,**

    **Defendant.**

                                           /

## REPORT AND RECOMMENDATION

Defendant has moved to compel discovery. Doc. 10. Defendant served its first set of interrogatories and requests for production of documents on November 19, 2009. *Id.*, p. 2. The responses were due in mid-December. On January 4, 2010, counsel for Plaintiff asked for a second extension of time to respond, stating that counsel had been unable to locate Plaintiff. *Id.* Responses still have not been provided, and counsel for Plaintiff states that as of March 2, 2010, counsel has still be unable to locate Plaintiff. Doc. 22. Plaintiff also has failed to serve Rule 26 initial disclosures by November 20, 2009, as required by the scheduling order. Doc. 10, p. 3; docs. 8 and 9.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a

court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Plaintiff has abandoned this prosecution.  She has also failed to comply with the scheduling order.  The complaint should be dismissed without prejudice.

Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for this failure to respond.  Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that the complaint be **DISMISSED without prejudice** and that the Court **ORDER** that Plaintiff may not prosecute the claims in this case again until she has reimbursed Defendant for its reasonable expenses of defense of this suit.

**IN CHAMBERS** at Tallahassee, Florida, on March 4, 2010.


s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**