IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNA SLAGLEY,
    Plaintiff,

v.                                             CASE NO. 4:09cv395-SPM/WCS

CAPITAL HEALTHCARE CENTER,
    Defendant.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated March 4, 2010 (doc. 23). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 23) is ADOPTED and incorporated by reference in this order.

2.     This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders. Plaintiff may not prosecute claims in this case again until she has reimbursed Defendant for its reasonable expenses of defense of this suit.

DONE AND ORDERED this 27th day of May, 2010.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge